*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, STEWART, and HACKEL
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Nathaniel B. MCDONALD**
Staff Sergeant (E-6), U.S. Marine Corps
Appellant

**No. 202000266**

Decided: 18 October 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Lawrence Lee (arraignment)
Wilbur Lee (motions)
Melanie J. Mann (trial)

Sentence adjudged 28 August 2020 by a general court-martial convened at Marine Corps Base Hawaii consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 19 months, reduction to pay grade E-1, and a bad-conduct discharge.

For Appellant:
*Lieutenant Daniel O. Moore, JAGC, USN*

For Appellee:
*Lieutenant Megan E. Martino, JAGC, USN*

————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866. We note, however, a scrivener's error in the Statement of Trial Results. The "Exceptions and Substitutions" block for Specification 1 of Charge III omits "and substituting the word" before "hand." The language used for this Specification in the Entry of Judgment is correct.